Form18-1

**Form 18**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Prosperity Tieh Enterprise Co., Ltd.<br><br>                                    Plaintiff,<br><br>   v.<br><br>United States<br><br>                                    Defendant. | Court No. 16-00138<br>[and Attached Schedule] |

### NOTIFICATION OF TERMINATION OF ACCESS
### TO BUSINESS PROPRIETARY INFORMATION
### PURSUANT TO RULE 73.2(c)

Henry N. Smith                                                  declares that (check one)

1)   TERMINATION BY AN INDIVIDUAL

☑   I am an attorney/consultant representing or retained on behalf of Prosperity Tieh Enterprise Co., Ltd. in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

N/A                                                                      N/A
[Name of proceeding]                                [Case or investigation no.]

OR

Form18-2

2)     TERMINATION BY A FIRM

☐     I am an attorney representing _____ in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
[Name of proceeding]                         [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Henry N. Smith
[Attorney or consultant]

Morris, Manning & Martin, LLP

1401 I Street Washington, DC, 20005

202-216-4105
[Address and Telephone Number]

Date: 10/25/2017

Form18-3

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 16-00164 | Nucor Corp. v. United States | Dongkuk Steel Mill Co., Ltd.; Union Steel Manufacturing Co. Ltd.; Govt. of Korea |
| Cons. Ct. No. 16-00225 | POSCO v. United States | POSCO; Hyundai Steel Company; Govt. of Korea |
| Cons. Ct. No. 16-00227 | POSCO v. United States | POSCO; Hyundai Steel Company; Govt. of Korea |
| 17-00021 | Wheatland Tube Company v. United States | Universal Tube and Plastic Industries, Ltd.; Universal Tube and Pipe Industries, LLC; KHK Scaffolding & Framework, LLC; Prime Metal Corporation USA; UTP Pipe USA Corporation |
| Cons. Ct. No. 17-00091 | NEXTEEL Co., Ltd. v. United States | Husteel Co., Ltd. |
| 17-00128 | Irving Paper Limited v. United States | Govt. of the Province of New Brunswick |
| Cons. Ct. No. 17-00137 | POSCO v. United States | POSCO |
| 17-00141 | Irving Paper Limited v. United States | Govt. of the Province of New Brunswick |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)