Form18-1

**Form 18**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Irving Paper Limited <br><br> Plaintiff, <br><br> v. <br><br> United States <br><br> Defendant. | Court No. 17-00141 <br> [and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

Sarah S. Sprinkle _____ declares that (check one)

1)     TERMINATION BY AN INDIVIDUAL

[✓]   I am an attorney/consultant representing or retained on behalf of Government of the Province of New Brunswick in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____     _____
[Name of proceeding]              [Case or investigation no.]

OR

Form18-2

2)     TERMINATION BY A FIRM

☐    I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____       _____
     [Name of proceeding]                     [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Sarah S. Sprinkle
[Attorney or consultant]

Morris, Manning & Martin, LLP

1401 I Street Washington, DC, 20005

202-216-4808
[Address and Telephone Number]

Date: 12/29/2017

Form18-3

## Schedule to Notification of Termination of Access to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 14-00009 | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. |
| 14-00066 | Bell Supply Company, LLC v. United States | Bell Supply Company, LLC |
| 14-00129 | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. |
| Consol. Ct. No. 14-00215 | Husteel Co., Ltd. v. United States | Husteel Co., Ltd. |
| Consol. Ct. No. 14-000229 | Maverick Tube Corporation v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S., Borusan Istikbal Ticaret |
| 14-00244 | Maverick Tube Corporation v. United States | Borusan Istikbal Ticaret, Borusan Mannesmann Boru Sanayi ve Ticaret A.S. |
| Consol. Ct. No. 16-00138 | Prosperity Tieh Enterprise Co. Ltd. v. United States | Prosperity Tieh Enterprise Co., Ltd. |
| 16-00164 | Nucor Corporation v. United States | Dongkuk Steel Mill Co., Ltd., Union Steel Manufacturing Co. Ltd., Government of Korea |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)

Form18-4

Schedule to Notification of Termination of Access
to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| Consol. Ct. No. 16-00222 | Nucor Corporation v. United States | Dongkuk Steel Mill Co., Ltd., Government of Korea, Hyundai Steel Company |
| Consol. Ct. No. 16-00225 | POSCO v. United States | POSCO, Government of Korea, Hyundai Steel Company |
| Consol. Ct. No. 16-00227 | POSCO v. United States | POSCO, Hyundai Steel Company, Government of Korea |
| 17-00010 | International Industries, Ltd. v. United States | International Industries, Ltd. |
| 17-00021 | Wheatland Tube Company v. United States | Universal Tube and Plastic Industries, Ltd., Universal Tube and Pipe Industries, LLC, KHK Scaffolding & Framework, LLC, Prime Metal Corporation USA, UTP Pipe USA Corporation |
| Consol. Ct. No. 17-00091 | NEXTEEL Co., Ltd. v. United States | Husteel Co., Ltd. |
| 17-00128 | Irving Paper Limited v. United States | Government of the Province of New Brunswick |
| Consol. Ct. No. 17-00137 | POSCO v. United States | POSCO |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)