# United States Court of Appeals for the Federal Circuit

---

**POSCO,**
*Plaintiff*

v.

**UNITED STATES,**
*Defendant*

**SSAB ENTERPRISES LLC, ARCELORMITTAL USA LLC,**
*Intervenors-Defendants*

**NUCOR CORPORATION,**
*Intervenor-Defendant-Appellant*

---

**NUCOR CORPORATION,**
*Plaintiff-Appellant*

**SSAB ENTERPRISES LLC, ARCELORMITTAL USA LLC,**
*Intervenors-Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellee*

**POSCO,**
*Intervenor-Defendant*

---

2022-1525

---

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00137-GSK, 1:17-cv-00156-GSK, Judge Gary S. Katzmann.

---

## MANDATE

---

In accordance with the judgment of this Court, entered October 23, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 14, 2023
Date

Jarrett B. Perlow
Clerk of Court